Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____Tampa_____ Division

Melissa R. Freeman

Case No. 8:25-cv-3170-JLB-LSG
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ✔ Yes ☐ No

-v-

Seminole Tribe of Florida (Council)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Melissa R. Freeman |
  | Street Address | P.O. Box 8647 |
  | City and County | Tampa , Hillsborough |
  | State and Zip Code | Florida , 33604 |
  | Telephone Number | (656)210-7753 |
  | E-mail Address | melicoin81@gmail.com |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

I.F.P.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Seminole Tribe of Florida (Council) |
| Job or Title *(if known)* | Risk management Department |
| Street Address | 5701 Stirling Rd. |
| City and County | Davie , Broward County |
| State and Zip Code | Florida, 33314 |
| Telephone Number | (954)488-7494 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Tribal First |
| Job or Title *(if known)* | Senior insurance carrier |
| Street Address | P.O. Box 609015 |
| City and County | San Diego . San Diego |
| State and Zip Code | CA 92160 |
| Telephone Number | (800)552-8921 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, (name) Melissa R. Freeman, is a citizen of the State of (name) Florida.

2. If the plaintiff is a corporation

   The plaintiff, (name) n/a, is incorporated under the laws of the State of (name) n/a, and has its principal place of business in the State of (name) n/a.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) n/a, is a citizen of the State of (name) n/a. Or is a citizen of (foreign nation) n/a.

2. If the defendant is a corporation

   The defendant, (name) Seminole Tribe of Florida (Council), is incorporated under the laws of the State of (name) Florida, and has its principal place of business in the State of (name) Florida. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Page 3 of 5

Seminole Tribe of Florida(Council) / Tribal First refused to give any written response to torch claimed filed on june 10th 2025. Instead waited six months later denied all claims and again no written letter. No appeal information or detailed statement of reason. It simply read Plaintiff misfortune or injuries are not fault of Seminole Tribe of Florida Council and the matter is closed. However injury was substain on and

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 06/08/2025, at *(place)* 5223 Orient rd. Florida Tampa HardRock casino,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Under Tribal law a written desion is given withen 30 day of filling. I was acused of having H.I.V. being on medicaid and foodstamps by Aduster of Tribal first Plaintiff does not receive any of those stated. Plaintiff was told to stay safe and become more cristian like. Plaintiff was told to take the abuse and medical denail as lesson. Even though medical is due to any person being in need while being detained by officer of law. Plaintiff was not reconized because plaintiff was and continue to self represent as Pro'se. I was then told to go file suite to U.S.A. and come tell them the response.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

PLantiff was being detained by officer of Seminole P.D. Officer slammed plantiff to ground and begain to remove top garments in order to drive stun taser plaintiff. Plaintiff sufferd cuncusion . burns ,scraps and serious bodily harm. Plaintiff was chargerd with not having I.D. even though Plaintiff is a partipant in real time I.D. and she Identified her self mutiple times as officer refused to acknowledge. plaintiff was also charged for resisting arrest without violence. The plaintiff was not given any medical treatment at sight even after begging and pleading for help with injury. Plaintiff case was diss-missed by state of Florida. However the Seminole Council Of Florida agree with officer and has offerd no type of relief by fully investgating any plaintiffs alegations

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

mental evaluation for officer J. Crosby #11377 a chance to file police complaint against the cruel and unuasal punishment with performance of a drive stun tased method. It has been deemed unethecail and if used should only be if offcier was in fear or danger of Plaintiff. Plaintiff pose no threat as she was nonviolent.
Also seeking refund of medical bills and co-payments for on going and exsisting treament due to injuries for the next 3years totalling in 783,200 to keep and maintain all medical needs. And seeking 2,349,600 in punitive damages. Plaintiff has sufferd from deep depression prior to being Drive stunned tased and denied human right acknowledgment by Seminole Tribe of Florida (Council). The embarassment, nightmares and feeling of no self value at times after being so disregaurded by a person of Lawenforcement.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/19/2025

Signature of Plaintiff

Printed Name of Plaintiff   Melissa Freeman

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address